UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHERINE THOMPSON, | CASE NO. C18-1362JLR |
| Plaintiff, | ORDER SCHEDULING HEARING |
| v. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | |
| Defendant. | |

The court is in receipt of the parties' joint submission under Local Civil Rule 37(a)(2) regarding Plaintiff Katherine Thompson's interrogatories and requests for production. (Jt. Sub. (Dkt. # 15)); *see also* Local Rules W.D. Wash. LCR 37(a)(2). The

//
//
//
//

ORDER - 1

court hereby SCHEDULES a hearing on the joint submission on Tuesday, March 26, 2019, at 1:30 p.m.

Dated this 20th day of March, 2019.

The Honorable James L. Robart
U.S. District Court Judge